UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02535-CMA-STV
Consolidated for all purposes with Civil Action No. 1:17-02862-CMA-STV

ECO-SITE, LLC, a Delaware limited liability company, and
T-MOBILE WEST LLC, a Delaware limited liability company,
Plaintiffs,

v.
COUNTY OF PUEBLO, COLORADO, a Colorado County,
acting by and through its BOARD OF COUNTY COMMISSIONERS,
Defendant,

and

SAM C. BROWN,
Defendant-Intervenor.

---

**PLAINTIFFS' MOTION FOR ORAL ARGUMENT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT IN CASES 17-CV-02535 AND 17-02862**

---

Plaintiffs Eco-Site, LLC ("Eco-Site") and T-Mobile West LLC ("T-Mobile") (collectively, "Plaintiffs"), by and through their respective undersigned counsel, respectfully request this Court set oral argument on Plaintiffs' Motions for Summary Judgment (ECF Nos. 65 and 66) and corresponding replies in support thereof for the reasons set forth below:

**CERTIFICATION OF CONFERRAL**

Counsel for Plaintiffs has contacted counsel for Defendant, County of Pueblo, Colorado ("Defendant" or the "County") and Defendant-Intervenor, Sam Brown ("Defendant-Intervenor" or "Mr. Brown") to confer regarding this Motion. The County opposes the relief requested herein "given the amount of briefing in this case." Mr. Brown takes no position on the relief requested.

## MOTION

CMA Civ. Practice Standard 7.1A(f) provides that "[t]he Court generally rules on motions without oral argument or evidentiary hearing. However, if the parties believe an oral argument or a hearing is necessary and would assist the Court, a specific request for such hearing shall be made promptly by **separate motion.**"

While this case has been pending, the Federal Communications Commission ("FCC") issued its Declaratory Ruling and Third Report and Order in *In the Matter of Accelerating Wireless Broadband Deployment by Removing Barriers to Infrastructure Investment*, 33 FCC Rcd. 9088 (Sept. 27, 2018) (the "Declaratory Ruling"). On September 27, 2018, the FCC adopted in final form the Declaratory Ruling.

The Tenth Circuit subsequently denied a motion for stay of the Declaratory Ruling filed by several local governments for a stay of the Declaratory Ruling, and, therefore, the Declaratory Ruling is in effect. *City of San Jose v. FCC*, 2019 U.S. App LEXIS 4015 (10th Cir. Jan. 10, 2019) The Declaratory Ruling fundamentally impacts the relevant legal standard for determining whether the County has effectively prohibited T-Mobile from providing service in violation of 47 U.S.C. § 332(c)(7)(B)(i)(II). *See* ECF No. 66-3 (p. 146 of 271). Thus, for this reason, Plaintiffs respectfully suggest that oral arguments are necessary and would assist the Court.

In the Declaratory Ruling, the FCC materially alters previous tests employed by the courts, including the Tenth Circuit, for determining if a local government has "effectively prohibited" wireless communications services under Section 332, rejecting those tests as too restrictive to wireless carrier permit applicants. Instead, the FCC provided that an "effective prohibition" of service occurs whenever a jurisdiction materially

inhibits or limits a provider's ability to perform any of a variety of activities related to its provision of service, including filling a gap in coverage.

This restatement of the law of effective prohibition is binding on this Court. Thus, allowing oral argument would assist the Court in understanding the implications and effect of the Declaratory Ruling on these consolidated cases.

Moreover, this action consists of two cases that this Court previously consolidated into a single action to promote judicial efficiency (Case No. 17-cv-02535 and Case No. 17-cv-02862) (collectively, the “Cases”). While the Cases involve the same Plaintiffs and Defendant[1] and substantially similar claims under the federal Telecommunications Act, because each case deals with a different proposed telecommunication facility site (the Vider Site located at 790 28th Lane and the Walker Site located at 1995 North Bonita Drive, collectively the “Sites”) and may have specific factual issues that are unique to each Site, oral argument could also serve to assist the Court in resolving any potential confusion among and between the Sites. Finally, the County opposes this motion because of “the amount of briefing in this case.” To the contrary, Plaintiffs believe that the lengthy briefing highlights the benefit of oral argument, to clarify the issues and to answer any questions the Court may have.

For these reasons, Plaintiffs respectfully request that the Court grant their request to set oral argument on Plaintiffs’ Motions for Summary Judgment (ECF Nos. 65 and 66) in Case No. 17-cv-02535 and in Case No. 17-cv-02862.

[1] Defendant-Intervenor, Sam Brown, has only intervened in Case No. 17-cv-02535.

Respectfully submitted this 10th day of April, 2019.

**MOYE WHITE LLP**

By: */s/ Rebecca B. DeCook*
Rebecca B. DeCook (#14590)
Abigail L. Brown (#46172)
1400 16th Street, 6th Floor
Denver, Colorado 80202-1027
Telephone: (303) 292-2900
Facsimile: (303) 292-4510
Email: becky.decook@moyewhite.com
Email: abby.brown@moyewhite.com

*Attorneys for Plaintiff Eco-Site, LLC*

**DAVIS WRIGHT TREMAINE LLP**

By: */s/ Martin L. Fineman*
Martin L. Fineman, Esq.
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

*Attorneys for Plaintiff T-Mobile West, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed and sent the foregoing via electronic mail to the following:

John A. Marks, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
*Attorneys for Defendant County of Pueblo, Colorado*

D.J. Poyfair, Esq.
Reese Poyfair Richards, PLLC
1275 East Fort Union Blvd., Suite 115
Cottonwood Heights, UT 84047
dpoyfair@gmail.com
*Attorneys for Defendant-Intervenor Sam C. Brown,*

Nicole A. Westbrook, Esq.
Blaine K. Bengtson, Esq.
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
nwestbrook@joneskeller.com
bbengtson@joneskeller.com
*Attorneys for Defendant-Intervenor Sam C. Brown*

*s/ Rebecca B. DeCook*